UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| DEBRA LYNN NASH, | ) | CIV. 05-5045 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| HAYLOFT PROPERTY MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order filed herein today, it is hereby

**ORDERED** that the Defendant shall have judgment against the Plaintiff.

**IT IS FURTHER ORDERED** that this action is hereby dismissed with prejudice and without costs to either party.

Dated this 28th day of December, 2006.

BY THE COURT:

/s/ Andrew W. Bogue
ANDREW W. BOGUE
SENIOR DISTRICT JUDGE